UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

IN RE

THERESA R. CARTER                                    Chapter 7

    Debtor.                                          Bankruptcy No. 05-03547

CHASE MANHATTAN BANK USA, NA

vs.

THERESA R. CARTER

    Defendant.                                       Adversary No. 05-30146-wle

## MEMORANDUM ORDER

On December 2, 2005, a filing by plaintiff (doc. no. 12) was docketed under the clerk's procedures as a motion for default judgment. Defendant was served with an order and notice of bar date for objections to the motion for default judgment. Notwithstanding the court's order of December 20, 2005, plaintiff's motion will be treated as one for default judgment. A separate order and judgment will enter.

DATED AND ENTERED  January 19, 2006         .

William L. Edmonds, Bankruptcy Judge